# EXHIBIT A

Certificate# 11000

# Surrogate's Court of the State of New York
## Warren County
### Certificate of Appointment of Executors

File #: 2021-329

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** Debra A Fenton
**Domicile:** Queensbury, New York
**Date of Death:** November 4, 2021

**Fiduciary Appointed:** JoAnn Holmes
**Mailing Address:** Queensbury NY 12804

Connie Goedert
Queensbury NY 12804

**Type of Letters Issued:** LETTERS TESTAMENTARY
**Letters Issued On:** March 18, 2022
**Limitations:** NONE

and such Letters are unrevoked and in full force as of this date.

**Dated:** March 18, 2022

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Warren County Surrogate's Court at Lake George, New York.

WITNESS, Hon. Robert A Smith, Judge of the Warren County Surrogate's Court.

Deborah K Ricci, Chief Clerk
Warren County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Warren County Surrogate's Court*